Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 2101 | **DATE** | 1/8/2001 |
| **CASE TITLE** | Theodore Spiegel, Jr. vs. Village of Woodridge, et al. | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____ . Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] The parties shall submit in chambers an amended proposed final pretrial order (FPTO) on 01-08-2001 at 9:00 a.m. The amended proposed FPTO shall be the previously submitted proposed FPTO amended in accordance with the instructions on the reverse side of this minute order. Motions in limine shall be filed with the clerk's office, and stamped copies of the motions in limine, shall be submitted to chambers, at or before 9:30 a.m. 01-09-2001. Motions in limine are not to be attached to the amended FPTO. See US Dist Ct, N D Ill, Model Final Pretrial Order (2)(m).
(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | Document Number |
|---|---|---|
| ☒ No notices required, advised in open court. | | |
| ☐ No notices required. | number of notices | |
| ☐ Notices mailed by judge's staff. | JAN - 9 2001 | 17 |
| ☐ Notified counsel by telephone. | date docketed | |
| ☐ Docketing to mail notices. | docketing deputy initials | |
| ☐ Mail AO 450 form. | | |
| ☐ Copy to judge/magistrate judge. | 01 JAN -8   7:03 date mailed notice | |
| SLB courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials |

# ORDER

The parties shall prepare an amended proposed final pretrial order (FPTO) modified in accordance with the following instructions:

1. The exhibits lists shall be replaced by an exhibits list which follows the format of this court's Model Schedule (c). US Dist Ct, N D Ill, Model FPTO, Sched (c). This document may be obtained from the clerk's office or from this court's website. (From the court's home page at www.ilnd.uscourts.gov, click on "local rules"; scroll down to "LR16.1"; click on "Standing Order Establishing Pretrial Procedure"; scroll to almost the bottom of the Standing Order, and at 10(b) click on the link to "Schedule (c)".) The parties shall carefully follow this format, including the instructions bracketed and in italics, and the footnotes.

2. Defendants' witness list states:

    The defendants also reserve the right to call any of the individuals listed by the plaintiff who do not appear on this list.

    This statement shall not appear in the amended proposed FPTO. Defendants should instead specifically list as "will call" or "may call" any persons they will or may call as witnesses.

3. The parties have attached motions in limine to the proposed FPTO submitted in chambers, and have not filed them. The Model FPTO form states:

    (m) subject to full compliance with all the procedural requirements of local General Rule 12K [now US Dist Ct, N D Ill, LR 37.2], all motions *in limine* should be filed on or before the time for the filing of this Order. . . .

    US Dist Ct, N D Ill, Model FPTO 2(m). "Filed" means in the clerk's office; submission in chambers as part of the proposed FPTO does not result in the motions being "filed." Therefore, in the amended proposed FPTO, there shall be no motions in limine. The motions in limine attached to the proposed FPTO shall be filed in the clerk's office and stamped copies shall be delivered to chambers.

4. In the proposed FPTO submitted by the parties, it is stated:

    **K. Settlement Negotiations**

    Negotiations have been unfruitful. Defendants have made no offer.

    Based upon this "statement summarizing the history and status of settlement negotiations," US Dist Ct, N D Ill, Model FPTO 2(k), the court cannot tell "further negotiations are ongoing and likely to be productive." US Dist Ct, N D Ill, Model FPTO 2(k). Moreover, the court cannot determine whether counsel and the parties complied with their obligation "to undertake a good faith effort to settle that includes a thorough exploration of the prospects of settlement before undertaking the extensive labor of preparing the" proposed FPTO. US Dist Ct, N D Ill, Standing Order Establishing Pretrial Procedure, 5. Accordingly, the amended proposed FPTO shall contain a fuller statement summarizing the history and status of settlement negotiations.